# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT AND RECOMMENDATION OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Paul Andrew Crowson |
| **Docket Number:** | 1:93CR05010-001 REC |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | May 24, 1993 |
| **Original Offense:** | 18 USC 2113(a), Bank Robbery (Class C felony) |
| **Original Sentence:** | 151 months custody of Bureau of Prisons; 36 months supervised release; $50 special assessment |
| **Special Conditions:** | 1) Warrantless search; 2) Drug treatment; and 3) Drug testing. |
| **Other Court Action:** | |
| **March 20, 2004:** | The Court approved the probation officer's recommendation to modify the offender's conditions of release to include a 180 day placement in a residential Comprehensive Sanction Center (CSC), based on the offender's medical and transitional housing needs. |
| **March 3, 2005:** | The Court approved the probation officer's recommendation to modify the offender's conditions of release to include a 120 day placement in a residential Comprehensive Sanction Center (CSC), based on the offender's housing needs. |
| **September 15, 2005:** | The Court approved the probation officer's recommendation to modify the offender's conditions of release to include a 180 day placement in a residential Comprehensive Sanction Center (CSC), based on the offender's relocation from the Modesto area to the Fresno area. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | April 23, 2004 |

RE:   CROWSON, Paul Andrew
      Docket Number:  1:93CR05010-01 REC

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**ILLICIT DRUG USE (DATES) - THC/ Marijuana (01/12/06 & 01/17/06)**

**Details of alleged non-compliance:** The defendant admitted to using marijuana on or about January 12, 2006, and that he has since stopped using marijuana.  The defendant explained that he was prescribed Marinol by his physician to treat appetite and seizure problems.  However, he stopped taking the medication since it produced a positive result for THC during drug tests.  The defendant explained that when he stopped taking his Marinol prescription, he began experiencing seizures.  He stated that he smoked marijuana to prevent any further seizures; however, he realized he was violating the terms of his release.

Since this incident the defendant provided a letter from his physician to the probation officer describing his medical condition as well as the importance of the defendant's treatment and medication.  Although Marinol tests positive for presence of THC, the defendant will be allowed to take this medication.  However, increased testing, counseling, and supervision will be maintained to ensure the offender is not using illegal substances.

**United States Probation Officer Plan/Justification:**   The defendant was admonished for his use of marijuana and sanctioned accordingly.  His random drug testing was increased in addition to counseling and increased contact by the probation officer.  Based on the above sanctions with enhanced supervision, the undersigned officer recommends that no adverse action be taken at this time and that the Court allow the defendant to continue on supervision.   He has been noticed that further violations will result in a possible revocation of his supervised release.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters**
**Senior United States Probation Officer**
Telephone:  (559) 499-5726

**RE:** **CROWSON, Paul Andrew**
  **Docket Number:  1:93CR05010-01 REC**

**DATED:**   February 13, 2006
       Fresno, California
       SJW/sjw

**REVIEWED BY:**   /s/ Bruce A. Vasquez
          **BRUCE A. VASQUEZ**
          **Supervising United States Probation Officer**

RE: CROWSON, Paul Andrew
Docket Number: 1:93CR05010-01 REC

**THE COURT ORDERS:**

X  **The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.**

☐  **Submit a Request for Modifying the Conditions or Term of Supervision.**

☐  **Submit a Request for Warrant or Summons.**

☐  **Other:**

| February 10, 2006 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Name of Judicial Officer** |

cc: United States Probation
Karen Escobar, Assistant United States Attorney
Robert Rainwater, Assistant Federal Defender